*Summit v. Seagate, et. al.* Case No. CIV-99-616-HE, U.S.D.C., Western District of Oklahoma
Joint Stipulation of Dismissal with Prejudice by All Parties

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) **SUMMIT MACHINE TOOL** <br> **MANUFACTURING CORP.,** <br><br> **Plaintiff,** <br><br> vs. <br><br> (1) **SEAGATE TECHNOLOGY, INC.,** a <br> **Delaware corporation;** <br> (2) **AT&T TECHNOLOGIES, INC.,** a <br> **New York corporation, formerly** <br> **known as Western Electric Company, Inc.;** <br> (3) **LUCENT TECHNOLOGIES, INC.,** <br> **a Delaware corporation;** <br> (4) **GENERAL ELECTRIC COMPANY,** <br> **a New York corporation;** <br> (5) **HONEYWELL INFORMATION** <br> **SYSTEMS INC., a Delaware corporation;** <br> (6) **MAGNETIC PERIPHERALS INC.,** <br> **a Delaware corporation;** <br> (7) **IMPRIMIS TECHNOLOGY** <br> **INCORPORATED, a Delaware corporation;** <br> (8) **CERIDIAN CORPORATION, a Delaware** <br> **corporation, formerly known as Control** <br> **Data Corporation;** <br> (9) **ROUNDS-PORTER LUMBER CO.,** <br> **a former Kansas corporation; and,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> )     **Case No. CIV-99-616-M** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

Come Now Plaintiff, Summit Machine Tool Manufacturing Corp, and Defendants Seagate

Technology, Inc., now Seagate Technology, Magnetic Peripherals Inc., Imprimis Technology

Incorporated, Ceridian Corporation, Lucent Technologies, Inc., AT&T Technologies, Inc., General

Electric Company, and Honeywell Information Systems Inc., now Bull HN Information Systems Inc.,

and dismiss each and every claim, counterclaim, cross-claim, and cause of action asserted in the

*Summit v. Seagate, et. al.* Case No. CIV-99-616-HE, U.S.D.C., Western District of Oklahoma
Joint Stipulation of Dismissal with Prejudice by All Parties

above styled case with prejudice.  Each party to bear its own attorney fees and costs.

Respectfully submitted,

CHISENHALL, NESTRUD & JULIAN, P.A.

_____
Charles R. Nestrud
Ann P. Faitz
400 W. Capitol, Suite 2840
Little Rock, AR 72201
Ph:  501.372.5800
Fax:501.372.4941
cnestrud@cnjlaw.com
afaitz@cnjlaw.com

ATTORNEYS FOR PLAINTIFF SUMMIT
MACHINE TOOL MANUFACTURING
CORP.

MORRISON & FORESTER

_____
Michele B. Corash
William F. Tarantino
425 Market Street
San Francisco, CA 94105
PH: 415-268-7000
FAX: 415-268-7522
mcorash@mofo.com
wtarantino@mofo.com

ATTORNEYS FOR DEFENDANT
SEAGATE TECHNOLOGY, AS
SUCCESSOR-IN-INTEREST TO
SEAGATE TECHNOLOGY, INC.,
MAGNETIC PERIPHERALS, INC., AND
IMPRIMIS TECHNOLOGY, INC. AND
ON BEHALF OF CERIDIAN
CORPORATION

*Summit v. Seagate, et. al.* Case No. CIV-99-616-HE, U.S.D.C., Western District of Oklahoma
Joint Stipulation of Dismissal with Prejudice by All Parties

above styled case with prejudice.  Each party to bear its own attorney fees and costs.

Respectfully submitted,

CHISENHALL, NESTRUD & JULIAN, P.A.

Charles R. Nestrud
Ann P. Faitz
400 W. Capitol, Suite 2840
Little Rock, AR 72201
Ph: 501.372.5800
Fax:501.372.4941
cnestrud@cnjlaw.com
afaitz@cnjlaw.com

ATTORNEYS FOR PLAINTIFF SUMMIT
MACHINE TOOL MANUFACTURING
CORP.

MORRISON & FORESTER

Michele B. Corash
William F. Tarantino
425 Market Street
San Francisco, CA 94105
PH: 415-268-7000
FAX: 415-268-7522
mcorash@mofo.com
wtarantino@mofo.com

ATTORNEYS FOR DEFENDANT
SEAGATE TECHNOLOGY, AS
SUCCESSOR-IN-INTEREST TO
SEAGATE TECHNOLOGY, INC.,
MAGNETIC PERIPHERALS, INC., AND
IMPRIMIS TECHNOLOGY, INC. AND
ON BEHALF OF CERIDIAN
CORPORATION

*Summit v. Seagate, et. al.* Case No. CIV-99-616-HE, U.S.D.C., Western District of Oklahoma
Joint Stipulation of Dismissal with Prejudice by All Parties

EDINGER & BLAKLEY, P.C.

Kenneth H. Blakley
Robert D. Edinger
6301 N. Western, Suite 150
Oklahoma City, OK 73118-1056
Ph: 405.286.0251 Ext. 25
Fax:405.286.0893
kblakley@edinger-blakley.com
redinger@edinger-blakley.com

**ATTORNEYS FOR DEFENDANTS
GENERAL ELECTRIC COMPANY
AND HONEYWELL INFORMATION
SYSTEMS INC., NOW BULL HN
INFORMATION SYSTEMS INC.**

CROWE & DUNLEVY

LeAnne T. Burnett
20 North Broadway
Oklahoma City, OK 73102-8273
PH: 405-235-7700
FAX: 405-239-6651
Leanne.burnett@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT
LUCENT TECHNOLOGIES, INC.,
FOR AND IN PLACE OF AT&T
TECHNOLOGIES, INC., FORMERLY
KNOWN AS WESTERN ELECTRIC
COMPANY**